1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                     EASTERN DISTRICT OF CALIFORNIA
10
11   LEROY DEWITT HUNTER,                    1:07-cv-01126 AWI-WMW (PC)
12           Plaintiff,
                                    FINDINGS AND RECOMMENDATION TO
13   vs.                            DISMISS CASE FOR PLAINTIFF'S
                                    FAILURE TO PROSECUTE
14   DONNY YOUNGBLOOD, et al,
15           Defendants.
16   _____/

17          Plaintiff is a state prisoner proceeding pro se and in

18   forma pauperis with a civil rights action pursuant to 42 U.S.C.

19   section 1983.

20          On July 15, 2008, the court issued a Order Dismissing

21   Complaint with leave to file an Amended Complaint and served the

22   order on plaintiff.  On July 21, 2008, the order served on

23   plaintiff was returned by the U.S. Postal Service as

24   undeliverable.

25          Pursuant to Local Rule 83-183(b), a party appearing in

26   propria persona is required to keep the court apprised of his or

27   her current address at all times.  Local Rule 83-183(b) provides,

28   in pertinent part:

                                  -1-

1   /////

2   　　　　　If mail directed to a plaintiff in propria
3   　　　　　persona by the Clerk is returned by the U.S.
    　　　　　Postal Service, and if such plaintiff fails
    　　　　　to notify the Court and opposing parties
4   　　　　　within sixty (60) days thereafter of a
    　　　　　current address, the Court may dismiss the
5   　　　　　action without prejudice for failure to
    　　　　　prosecute.

6

7   In the instant case, sixty days have passed since plaintiff's

8   mail was returned and he has not notified the court of a current

9   address.

10   　　　　　In determining whether to dismiss an action for lack of

11   prosecution, the court must consider several factors: (1) the

12   public's interest in expeditious resolution of litigation; (2)

13   the court's need to manage its docket; (3) the risk of prejudice

14   to the defendants; (4) the public policy favoring disposition of

15   cases on their merits; and (5) the availability of less drastic

16   sanctions.  Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.

17   1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988).  The court

18   finds that the public's interest in expeditiously resolving this

19   litigation and the court's interest in managing the docket weigh

20   in favor of dismissal, as this case has been pending [amount of

21   time].  The court cannot hold this case in abeyance indefinitely

22   based on plaintiff's failure to notify the court of his address.

23   The third factor, risk of prejudice to defendants, also weighs in

24   favor of dismissal, since a presumption of injury arises from the

25   occurrence of unreasonable delay in prosecuting an action.

26   Anderson v. Air West, 542 F.2d 522, 524 (9th Cir. 1976).  The

27   fourth factor -- public policy favoring disposition of cases on

28   their merits -- is greatly outweighed by the factors in favor of

1  dismissal discussed herein.  Finally, given the court's inability

2  to communicate with plaintiff based on plaintiff's failure to

3  keep the court apprised of his current address, no lesser

4  sanction is feasible.

5  <center>**RECOMMENDATION**</center>

6      Accordingly, the court HEREBY RECOMMENDS that this

7  action be dismissed for plaintiff's failure to prosecute.

8      These findings and recommendations are submitted to the

9  United States District Judge assigned to the case, pursuant to

10  the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty

11  days after being served with these findings and recommendations,

12  any party may file written objections with the court and serve a

13  copy on all parties.  Such a document should be captioned

14  "Objections to Magistrate Judge's Findings and Recommendations."

15  Any reply to the objections shall be served and filed within ten

16  days after service of the objections.  The parties are advised

17  that failure to file objections within the specified time may

18  waive the right to appeal the District Court's order.  _Martinez_

19  _v. Ylst_, 951 F.2d 1153 (9th Cir. 1991).

20

21  IT IS SO ORDERED.

22  **Dated:    October 7, 2008**              **/s/  William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

-3-