# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER,<br><br>           Plaintiff,<br><br>     v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>           Defendants.<br>_____ / | CASE NO. 1:07-cv-01126-AWI-SMS PC<br><br>ORDER DISMISSING EQUAL PROTECTION CLAIM FOR FAILURE TO STATE A CLAIM<br><br>(Docs. 31, 33, and 34) |

Plaintiff Leroy Dewitt Hunter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 3, 2007. On January 14, 2011, the Court screened Plaintiff's second amended complaint and found that Plaintiff stated a cognizable claim for relief against Defendant Parker for use of excessive force, in violation of the Due Process Clause, but it did not state a cognizable equal protection claim.[1] 28 U.S.C. § 1915A. Plaintiff was ordered to either file a third amended complaint or notify the Court of his willingness to proceed only on his excessive force claim. On January 28, 2011, Plaintiff filed a notice of his willingness to proceed on the excessive force claim. Accordingly, it is HEREBY ORDERED that:

1. This action shall proceed on Plaintiff's second amended complaint, filed December 16, 2010, against Defendant Parker for use of excessive force; and

///

///

---

[1] Plaintiff appears to have been a pretrial detainee at the time of the incident.

1

2. Plaintiff's equal protection claim is dismissed for failure to state a claim.

IT IS SO ORDERED.

Dated:   February 2, 2011

CHIEF UNITED STATES DISTRICT JUDGE