# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER, | CASE NO. 1:07-cv-01126-AWI-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DONNY YOUNGBLOOD, et al., | |
| Defendants. | (Doc. 51) |
| | THIRTY-DAY DEADLINE |

Plaintiff Leroy Dewitt Hunter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 3, 2007. On February 9, 2012, Defendant Parker filed a motion for summary judgment. Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an opposition or a statement of non-opposition to Defendant's motion;[1] and

2. The failure to file an opposition or a statement of non-opposition in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   February 10, 2012         /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment by the Court in an order filed on February 11, 2011. <u>Klingele v. Eikenberry</u>, 849 F.2d 409 (9th Cir. 1988).

1