1
2
3
4
5            **UNITED STATES DISTRICT COURT**

6                 EASTERN DISTRICT OF CALIFORNIA

7
    LEROY DEWITT HUNTER,                    CASE NO. 1:07-cv-01126-AWI-SKO PC
8
                    Plaintiff,              ORDER REQUIRING PLAINTIFF TO SHOW
9                                           CAUSE WHY ACTION SHOULD NOT BE
        v.                                  DISMISSED FOR FAILURE TO PROSECUTE
10
    DONNY YOUNGBLOOD, et al.,               (Doc. 54)
11
                    Defendants.             THIRTY-DAY DEADLINE
12
                                        /
13

14        Plaintiff Leroy Dewitt Hunter, a state prisoner proceeding pro se and in forma pauperis, filed

15  this civil rights action pursuant to 42 U.S.C. § 1983 on August 3, 2007.  On February 9, 2012,

16  Defendant Parker filed a motion for summary judgment, and on February 10, 2012, the Court ordered

17  Plaintiff to file either an opposition or a statement of non-opposition within thirty days.  On March

18  20, 2012, Plaintiff was granted a thirty-day extension of time to comply with the order.  More than

19  thirty days have now passed and Plaintiff has not complied with or otherwise responded to the order.

20        Accordingly, it is HEREBY ORDERED that:

21        1.    Plaintiff has **thirty (30) days** from the date of service of this order to show cause

22              why this action should not be dismissed, with prejudice, for failure to prosecute; and

23        2.    The failure to file a response to this order will result in dismissal of this action, with

24              prejudice, for failure to prosecute.

25  IT IS SO ORDERED.

26  **Dated:    May 23, 2012**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE
27

28

                                        1