# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01126-AWI-SKO PC<br><br>ORDER STRIKING RESPONSE TO ORDER TO SHOW CAUSE SIGNED BY THIRD PARTY, AND DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AT LERDO PRETRIAL FACILITY AS A COURTESY<br><br>(Doc. 56)<br><br>FIFTEEN-DAY DEADLINE TO FILE SIGNED RESPONSE |

　　　　Plaintiff Leroy Dewitt Hunter, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 3, 2007.  On May 23, 2012, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute.  Plaintiff was given thirty days within which to respond.  On May 29, 2012, a response was filed bearing the printed signature "Sincerely, Law Clerk" with initials.  (Doc. 56.)

　　　　Filings may not be signed and submitted on behalf of Plaintiff by another individual.  Fed. R. Civ. P. 11(a).  Plaintiff is proceeding pro se and he is required to sign all filings.  Id.  Therefore, the response shall be stricken from the record.

　　　　Plaintiff's address of record is Kern Valley State Prison and the Court notes that the address on the filing is Kern County's Lerdo facility in Bakersfield.  As a courtesy, the Court will direct the Clerk's Office to serve Plaintiff at both addresses.  **However, Plaintiff is obligated to notify the Court of any change to his address and the Court will not change his address of record based on a filing signed by a third party.**

Accordingly, it is HEREBY ORDERED that:

1. The response is STRICKEN from the record;
2. Plaintiff has **fifteen (15) days** from the date of service of this order to file a signed response; and
3. As a courtesy, in addition to serving Plaintiff at his address of record (KVSP), the Clerk's Office shall serve this order on Plaintiff at the address and with the booking number listed in document 56 (Lerdo).

IT IS SO ORDERED.

Dated:   **June 7, 2012**                                   /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE