# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER, | CASE NO. 1:07-cv-01126-AWI-SKO PC |
| Plaintiff, | ORDER REFERRING CASE TO PRO BONO PROGRAM FOR THE APPOINTMENT OF COUNSEL |
| v. | |
| DONNY YOUNGBLOOD, et al., | |
| Defendants. | |

Plaintiff Leroy Dewitt Hunter, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 3, 2007. This action is proceeding on Plaintiff's second amended complaint, filed on December 16, 2010, against Defendant Parker for use of excessive physical force, in violation of the Due Process Clause of the Fourteenth Amendment.[1]

Upon review of the record and in light of Plaintiff's medical condition, the Court deems it appropriate to attempt to secure counsel for Plaintiff in this case. 28 U.S.C. § 1915(e)(1); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997). Accordingly, this case is HEREBY REFERRED to Sujean Park, Program Director for the Pro Bono Program of the Eastern District of California, to seek voluntary counsel to represent Plaintiff in this action.

IT IS SO ORDERED.

**Dated:   June 21, 2012**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] It appears Plaintiff was a pretrial detainee at the time of the incident.