# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER, | CASE NO. 1:07-cv-01126-AWI-SKO PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND RELIEVING PLAINTIFF OF OBLIGATION TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT PENDING APPOINTMENT OF COUNSEL |
| v. | |
| DONNY YOUNGBLOOD, et al., | |
| Defendants. | (Docs. 55 and 58) |

Plaintiff Leroy Dewitt Hunter, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 3, 2007. On May 23, 2012, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff filed a response on June 20, 2012.

In a separate order, the Court referred this case to the Pro Bono Program of the Eastern District of California to seek counsel to represent Plaintiff. In light of that referral, it is HEREBY ORDERED that:

1. The order to show cause, filed on May 23, 2012, is discharged; and
2. Plaintiff is relieved of his obligation to respond to Defendant Parker's motion for summary judgment pending the appointment of counsel.

IT IS SO ORDERED.

Dated: June 21, 2012                /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

1