# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01126-AWI-SKO PC<br><br>ORDER STRIKING NOTICE FILED BY THIRD PARTY, AND NOTIFYING COUNSEL OF PLAINTIFF'S CURRENT STATUS<br><br>(Doc. 64) |

On August 31, 2012, a third party filed a notice on behalf of Plaintiff Leroy Dewitt Hunter. The Court cannot consider a third party filing and in this case, Plaintiff is currently represented by appointed counsel, although he may still be unaware of the appointment. (Docs. 62, 63.)

The improper third party notice is ORDERED STRICKEN from the record, and counsel in this case are notified that the Court was again informed today, upon inquiry to the California Department of Corrections and Rehabilitation, that Plaintiff paroled from state prison on August 20, 2012, to Region 4 and he reports to the Tri-City Parole Unit. It is unclear if Plaintiff's counsel has yet been able to contact Plaintiff, but the Court has not received any notice of change of address from Plaintiff.

IT IS SO ORDERED.

**Dated:   September 11, 2012**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE