1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         EASTERN DISTRICT OF CALIFORNIA

8

LEROY DEWITT HUNTER,                          CASE NO. 1:07-cv-01126-AWI-SKO PC

9
                              Plaintiff,       ORDER VACATING DEFENDANT'S
10                                             MOTION FOR SUMMARY JUDGMENT
             v.                                FROM COURT'S CALENDAR PENDING
11                                             PLAINTIFF'S RESPONSE
DONNY YOUNGBLOOD, et al.,
12                                             (Doc. 51)
                              Defendants.
13
                                                    /
14

15        Plaintiff Leroy Dewitt Hunter, proceeding pro se, filed this civil rights action pursuant to 42

16   U.S.C. § 1983 on August 3, 2007.   This action is proceeding on Plaintiff's second amended

17   complaint, filed on December 16, 2010, against Defendant Parker for use of excessive physical force,

18   in violation of the Due Process Clause of the Fourteenth Amendment.[1]

19        On February 9, 2012, Defendant Parker filed a motion for summary judgment, and on June

20   27, 2012, the Court appointment counsel to represent Plaintiff.   Plaintiff's counsel was ordered to

21   file a status report within sixty days regarding Plaintiff's ability to file a response to Defendant's

22   pending motion for summary judgment. Counsel has undertaken some investigatory steps, including

23   contacting Defendant's counsel.   However, counsel has not been able to establish contact with

24   Plaintiff. Plaintiff's location is presently unknown, as he apparently paroled from state prison within

25   the past week, approximately.   Based on counsel's status report, the Magistrate Judge found good

26   cause to grant an additional sixty days to file another status report.

27

28

_____

[1] It appears Plaintiff was a pretrial detainee at the time of the incident.

1

1         As a result of the foregoing, Defendant's motion has not been submitted upon the record.

2    Local Rule 230(l).  In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendant's

3    motion for summary judgment is HEREBY DEEMED VACATED from the Court's calendar until

4    Plaintiff files his opposition or statement of non-opposition and the motion has been submitted.[2]

5

6    IT IS SO ORDERED.

7

    Dated:    September 14, 2012                    _____

8                               CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[2] The Court's action is purely administrative and the parties need take no further action regarding the calendar.  Once the motion for summary judgment has been submitted pursuant to Local Rule 230(l), the Court will issue its ruling.

2