# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER,<br><br>             Plaintiff,<br><br>   v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-01126-AWI-SKO PC<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL TO FILE STATUS REPORT WITHIN FIFTEEN DAYS<br><br>(Doc. 67) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's excessive force claim arises out of events which allegedly occurred at the Lerdo Pretrial Facility in Kern County, California.

On June 27, 2012, the Court appointed counsel to represent Plaintiff, and on September 20, 2012, counsel filed a status report in compliance with the appointment order. However, there has been no further activity in the case.

Accordingly, the Court HEREBY ORDERS Plaintiff's counsel to file a status report regarding Plaintiff's ability to oppose Defendant Parker's motion for summary judgment within **fifteen (15) days**.

IT IS SO ORDERED.

**Dated:**   February 8, 2013          /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE